## CONNER v. SOUTHERN RY. CO.
### No. III–Civ.

District Court, D. Tennessee, at Knoxville.
Sept. 9, 1940.

Poore, Kramer & Cox, of Knoxville, Tenn., for plaintiff.

Cates, Smith & Long, of Knoxville, Tenn., for defendant.

TAYLOR, District Judge.

This is before me on a motion to strike the second count of the complaint on the ground that two alleged causes of action are therein stated; that there is a commingling of statutory grounds and common law grounds. Rule 10(b), Rules of Civil Procedure for District Courts, 28 U.S.C.A. following section 723c, requires that the motion be granted. The count may within ten days be amended to meet the objection.